**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02466-REB
(Criminal Action No. 05-cr-00474-REB-1)

UNITED STATES OF AMERICA,

v.

GERALDINE WEBB,

      Movant,

---

**ORDER DIRECTING MOVANT TO CURE DEFICIENCY**

---

      Movant, Geraldine Webb, has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order.  Movant will be directed to cure the following if she wishes to pursue any claims in this court in this action.  Any papers that Movant files in response to this order must include the civil action number on this order.

**Motion to Vacate, Complaint, Petition or Application**:
- (10)   __   is not submitted
- (11)   <u>X</u>   is not on proper form (must use the court's current form)
- (12)   __   is missing an original signature by the prisoner
- (13)   __   is missing page nos. __
- (14)   __   uses et al. instead of listing all parties in caption
- (15)   __   names in caption do not match names in text
- (16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (17)   __   other: _____

      Accordingly, it is

      ORDERED that Movant, Geraldine Webb, cure the deficiency designated above

**within thirty (30) days from the date of this order**.  Any papers that Movant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Movant shall obtain the Court-approved Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED September 19, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge